

Thomas I. Anderson Sr.
7648 Creekside Center Drive, U2
Anchorage, Alaska 99504
(907) 575-2552

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Thomas I. Anderson Sr. ) | |
| Plaintiff, ) | Medical Malpractice: |
| ) | Misdiagnosis and Failure to Properly |
| ) | Examine, Diagnose, and Treat an Injured |
| ) | Patient |
| Vs. ) | |
| ) | Case NO. 3:17-CV-161-SLG |
| ) | |
| United States ) | |
| Defendant. ) | |

Complaint For Medical Malpractice: Misdiagnosis and Failure To Properly Examine, Diagnose, And Treat An Injured Patient

I, Thomas I. Anderson Sr., representing myself without a lawyer, motion for Medical Malpractice: Misdiagnosis and Failure To Examine, Diagnose, and Properly Treat an Injured Patient complaining of pain as a result of an automobile accident for the following reasons.

On September 24, 2015, I was a passenger on the People Mover Bus at Anchorage, Alaska and enroute to the University of Alaska to attend classes. The bus was t-boned at the intersections of Boniface and Northwen Lights Blvd. Having been ejected from my seat, I was asked by the bus driver if I would like medical attention from the responding medics from Anchorage Fire Department. Upon transport to Elmendorf Airforce Base Emergency Room via ambulance, triage and an x-ray of my right arm and shoulder was conducted. I was informed that there were no broken bones and released with medication and follow-up instructions.

My continued complaints of pain were made known to the Veterans Affairs Regional Clinic at Anchorage, Alaska, as the pain began to worsen. I was first seen by a physical therapist in October 2015, who believed and stated that I was not being truthful regarding the strength of my right arm, based on her observations of my physical build. I was later seen by Dr. Maxi T. Chousand in November 2015. She did not conduct a physical examination of me, but made a

diagnosis and prescribed me medication from her questioning of me. In December 2015, I was examined by PA-C Wonchala, who saw a "hook" in the x-ray that was taken on September 24, 2015 at Elmendorf A.F.B. emergency room. I received a sterodial injection, that was ineffective, before finally receiving an MRI in Febuary 2016. The results of the MRI showed that there was significant damage to my dominate, right arm and shoulder and duly stated, "needs attention".

An extensive search, by me, for an orthopedic surgeon was found outside of the state of Alaska, where major surgery to repair the damage to my right arm and shoulder was performed on May 18, 2016. I was required to be escorted to and from the place where the medical procedure was to be performed, due to the anesthesia and severity of the procedure.

Recovery and post surgery treatment initially included physical therapy. The Veterans Affairs Regional Clinic denied having any knowledge of any requests for additional physical therapy sessions dating back to July 15, 2016, but a letter from the orthopedic surgeon was sent to my Primary Physician, Dr. Quier at the VA, outlining, that physical therapy was vital to the full recovery of the patient. I have not attended any physical therapy sessions since July 15, 2016. I have not regained full recovery of my right arm and shoulder as a result of the possibility of further injury, due to a misdiagnosis, no examination, delay in treatment, and not receiving the recommendated services.

My last out-of-state post operative, follow-up visit to the orthopedic surgeon was on April 20, 2017. I am on a permanant and limited diagnosis regarding the use of my right arm and shoulder as a result of the failure to fulfill the prescribed rercommendations for pre-opt and post surgery treatment that may have given me the opportunity to receive a full recovery. To date, I am experencing pain and have limited use of my right arm and shoulder.

A proper examination, diagnoses, and timely treatment, may have prevented additional injury and alleviated me of much pain to my right arm and shoulder. Additional physical therapy services may have allowed for a full recovery.

I respectfully, ask the Court to consider this matter in litigation for the above stated claim and for the maximum amount of $1,000,000.00 allowed for medical Malpractice with disfiguration.

I have given the Veterans Administration proper notification per the Federal Tort Claims Act as of March 21, 2017 and June 20, 2017 via certified mail with confirmation from Chief Counsels, Suzzane C. Will and D. Brent Pope.

Date: July 24, 2017      Signature: _____

Certificate of Service:

I hereby certify that on __July 24, 2017__, I mailed or delivered a true and correct copy of the foregoing document to the following people:

1. United States District Attorney, Alaska Federal Courthouse, 222 W. 7th Avenue, Rm 229, Anchorage, Alaska 99513