**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

THOMAS I. ANDERSON, SR.
    Plaintiff,

Case Number 3:17-cv-00161-SLG

v.

UNITED STATES,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED without prejudice.

APPROVED:

*s/Sharon L. Gleason*
SHARON L. GLEASON
United States District Judge

Date: September 11, 2017

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
    Lesley K. Allen,
    Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}